**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

ADER RAMIREZ VELASQUEZ,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03479-RFB-EJY

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 7), it has come to the Court's attention that Petitioner, Ader Ramirez Velasquez, has another habeas proceeding pending in this District: Velasquez v. Blanche, No. 2:26-CV-00430-APG-DJA.

Accordingly, **IT IS HEREBY ORDERED** that, on or before November 9, 2026, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate proceeding pending before this Court. See Velasquez v. Blanche, No. 2:26-CV-00430-APG-DJA.

**DATED:** October 29, 2026.

/s/ Richard F. Boulware II
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**